2015-1870 (La. 9/16/16)

**STATE of Louisiana**

v.

**Justin Granger SMITH**

**NO. 2015-KO-1870**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. F, No. 538114; to the Court of Appeal, First Circuit, No. 2015 KA 0186

Denied.

HUGHES, J., would grant.

2015-2289 (La. 9/16/16)

**STATE of Louisiana**

v.

**Hennessy CHRISTOF**

**NO. 2015-CP-2289**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. D, No. C633276; to the Court of Appeal, First Circuit, No. 2015 CA 0461;

IN RE: Hennessy Christof;—Defendant;

Denied.